UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

YAFA GOLDMAN, on behalf of herself and all others similarly situated,

        Plaintiff,

-vs-

JEFFERSON CAPITAL SYSTEMS, LLC.,

        Defendants.

Civil Action No.: 1:17-cv-07376-WFK-VMS

## NOTICE OF SETTLEMENT

Defendant Jefferson Capital Systems, LLC ("JCAP"), by and through undersigned counsel, hereby provides notice to the court that a settlement agreement between the parties has been reached. The parties will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice within 60 days.

Dated: February 26, 2018

Respectfully submitted,

/s/ *Kirsten H. Smith*
Kirsten H. Smith (ks4074)
SESSIONS, FISHMAN, NATHAN & ISRAEL
*3850 N. Causeway Blvd., Suite 200*
Metairie, LA 70002
*Telephone: (504) 846-7943*
*Fax: (504) 828-3737*
*Email:* ksmith@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing.

/s/ *Kirsten H. Smith*
Kirsten H. Smith
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*