UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAFA GOLDMAN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:17-cv-07376-WFK-VMS<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:　Brooklyn, New York
　　　　April 4, 2018

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi<br>Joseph H. Mizrahi, Esq.<br>Joseph H. Mizrahi Law, P.C.<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, New York 11201<br>(929) 575-4175<br>Fax: (929) 575-4195<br>Joseph@cml.legal<br>*Attorney for Plaintiff* | By: /s/ Kirsten H. Smith<br>Kirsten H. Smith, Esq.<br>Sessions, Fishman, Nathan & Israel<br>3850 N. Causeway Blvd, Suite 200<br>Metairie, LA 70002<br>(504) 846-7943<br>Fax: (504) 828-3737<br>ksmith@sessions.legal<br>*Attorney for Defendant* |