

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YAFA GOLDMAN, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.

---

Case No. 1:17-cv-07376-WFK-VMS

**STIPULATION OF SETTLEMENT AND DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
           April 4, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(929) 575-4175
Fax: (929) 575-4195
Joseph@cml.legal
*Attorney for Plaintiff*

By: /s/ Kirsten H. Smith
Kirsten H. Smith, Esq.
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002
(504) 846-7943
Fax: (504) 828-3737
ksmith@sessions.legal
*Attorney for Defendant*

The application is ☑ granted.
SO ORDERED ☐ denied.

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: April 4, 2018
Brooklyn, New York